**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CAROL LENDER,
     Plaintiff,

vs.                                                    CASE NO. 8:06-CIV-178-T-17-EAJ

UNUM LIFE INSURANCE COMPANY
OF AMERICA, et al.,
     Defendants.

                     /

**ORDER**

     This cause is before the Court on the defendants, Discount Auto Parts, Inc. and
Advance Auto Parts, Inc., motion to dismiss (Docket No. 13), which remains unopposed.  The
defendants assert that the state law claims are preempted by the ERISA claims.  The Court
finds the motion well-taken.  Accordingly, it is

     **ORDERED** that the motion to dismiss (Docket No. 13) be **granted** and the
defendants Discount Auto Parts, Inc. and Advance Auto Parts, Inc. be dismissed from this
action.

     **DONE and ORDERED** in Chambers, in Tampa, Florida, this 31st day of March,
2006.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record